## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

NEVIN JENKINS,                     )
                                   )
               Plaintiff,          )
                                   )
v.                                 )          Civil Action No. 3:16-CV-751–HEH
                                   )
LOGICMARK, LLC,                    )
                                   )
               Defendant.          )

## ORDER
### (Granting Motion to Dismiss)

THIS MATTER is before the Court on Defendant LogicMark, LLC's Motion to Dismiss for Failure to State a Claim (ECF No. 7), filed on November 11, 2016.

For the reasons stated in the accompanying Memorandum Opinion, the Court will GRANT the Motion. This case is HEREBY DISMISSED WITHOUT PREJUDICE.

Additionally, due to the blatant deficiencies in Plaintiff's Complaint and the numerous misstatements of law in his Response, the Court will entertain any motions for sanctions that Defendant wishes to file within ten (10) days of the date of entry hereof.

This case is closed.

The Clerk is DIRECTED to send a copy of the Order to all counsel of record.

It is so ORDERED.

                                              _____/s/_____
                                              HENRY E. HUDSON
                                              UNITED STATES DISTRICT JUDGE

Date: Jan. 25 2017
Richmond, Virginia