**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

LOGICMARK, LLC,

      Counter-Plaintiff,

v.                                    Civil Action No. 3:16CV00751-HEH

NEVIN JENKINS,

      Counter-Defendant.

**SCHEDULING ORDER**

Pursuant to Fed. R. Civ. P. 16(a) and 16(b) and Local Rule 16(B), a pretrial

conference is scheduled in this action for **FRIDAY, AUGUST 4, 2017** at **2:00 p.m.**   Please

report to the Courtroom of Judge Hudson, Seventh Floor, Spottswood W. Robinson III and

Robert R. Merhige, Jr. United States Courthouse, 701 East Broad Street, Richmond, Virginia.

It is anticipated that the conference will last approximately five (5) minutes.

The Court will set a trial date which will be within ninety (90) to one hundred fifty

(150) days after the pretrial conference except for complex litigation or in other unusual

circumstances.   Unless approved by the Court before the pretrial conference, counsel who

will actually try the case or counsel with full decision-making authority shall attend the

pretrial conference.   Counsel attending shall be prepared to provide available dates for trial

and motions for all counsel of record.   In any event, counsel shall be knowledgeable of the

facts and legal issues in the action and shall be prepared to set a firm trial date.   Absent

extraordinary circumstances, pretrial conferences will not be conducted via telephone.

Finding it in the interest of justice and otherwise reasonably necessary for the orderly and efficient administration of justice, it is hereby **ORDERED** that the schedule set forth in Pretrial Schedule A (attached) shall govern the progress of this action, except to the extent amended or augmented by the terms of the Initial Pretrial Order issued after the pretrial conference or by any other Order.

Issued at the direction of the Court.

By: _____/s/_____

R.W. Pizzini, Deputy Clerk

Richmond, Virginia
Date:   July 10, 2017

IF THIS CASE IS SETTLED PRIOR TO THE CONFERENCE, PLEASE CALL THE CLERK'S OFFICE AT (804) 916-2227.   THANK YOU.

2